IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **07-cr-400-JLK**

**UNITED STATES OF AMERICA,**

        Plaintiff,

v.

**1.    WENDELL CHRIS HARMON,**

        Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

     A Supervised Release Revocation Hearing is set for **September 28, 2011 at 10:00 a.m..** The parties will appear by videoconference from Grand Junction.

Dated:  August 2, 2011