# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  07-cr-00400-JLK-01 |
| WENDELL CHRIS HARMON | USM Number:  35345-013 |
| | Marna Lake, Appointed <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1 through 12, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 02/08/11 |
| 2 | Possession and Use of a Controlled Substance | 11/23/10 |

    The defendant is sentenced as provided in pages 3 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                                September 28, 2011
                                                 Date of Imposition of Judgment

                                        ***S/John L. Kane***
                                                    Signature of Judge

                                         John L. Kane, Senior U.S. District Judge
                                                 Name & Title of Judge

                                         September 30, 2011
                                                             Date

DEFENDANT:  WENDELL CHRIS HARMON
CASE NUMBER:  07-cr-00400-JLK-01                                                                    Judgment-Page 2 of 5

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Participate in Drug and Alcohol/Mental Health Treatment as Directed by the Probation Officer | 11/22/10 |
| 4 | Failure to Participate in Drug and Alcohol Treatment as Directed by the Probation Officer | 02/14/11 |
| 5 | Failure to Participate in Drug and Alcohol Testing as Directed by the Probation Officer | 02/07/11 |
| 6 | Failure to Abstain from the Use of Alcohol | 02/08/11 |
| 7 | Failure to Follow the Instructions of the Probation Officer | 02/07/11 |
| 8 | Possession and Use of a Controlled Substance | 02/19/11 |
| 9 | Failure to Participate in Drug and Alcohol/Mental Health Treatment as Directed by the Probation Officer | 02/16/11 |
| 10 | Failure to Notify Probation Officer at Least 10 days Prior to any Chance in Residence | 02/26/11 |
| 11 | Violation of the Law (Theft) | 04/25/11 |
| 12 | Violation of the Law (Attempted Second Degree Burglary of a Building) | 04/25/11 |

DEFENDANT:  WENDELL CHRIS HARMON
CASE NUMBER:  07-cr-00400-JLK-01                                                                               Judgment-Page 3 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months, to run consecutively with state sentence.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal

DEFENDANT:  WENDELL CHRIS HARMON
CASE NUMBER:  07-cr-00400-JLK-01                                                            Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant must pay total monetary obligations under the schedule of payments set forth below.

| Count | Assessment | Fine | Restitution |
|---|---|---|---|
| One | $100.00 | $0.00 | $0.00 |
| **TOTALS** | $100.00 | $0.00 | $0.00 |

DEFENDANT:  WENDELL CHRIS HARMON
CASE NUMBER:  07-cr-00400-JLK-01                                                                 Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations is due as follows:

The defendant shall pay the balance of the special assessment fee.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment.